## **VERIFICATION**

  I, MATTHEW MEDNEY, declare that I have reviewed the Verified Shareholder Derivative Complaint ("Complaint") prepared on behalf of Hut 8 Corp. ("Hut 8") and authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of Hut 8 as set forth in the Complaint.

_____
MATTHEW MEDNEY